```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 15422
   VIRGIE M ALFRED
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0452


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/20/2005 and was confirmed 07/06/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 02/09/2009.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
TRIAD FINANCIAL             SECURED          21000.00        1042.58       21000.00
TRIAD FINANCIAL             UNSECURED         2844.87           .00         2844.87
CAPITAL ONE SERVICES        UNSECURED        NOT FILED          .00             .00
CAPITAL ONE SERVICES        UNSECURED        NOT FILED          .00             .00
ECAST SETTLEMENT CORP       UNSECURED         5614.37           .00         5614.37
RESURGENT ACQUISITION LL    UNSECURED         8311.54           .00         8311.54
ECAST SETTLEMENT CORP       UNSECURED         2076.64           .00         2076.64
ECAST SETTLEMENT CORP       UNSECURED         4815.70           .00         4815.70
PEOPLES GAS LIGHT & COKE    UNSECURED             .00           .00             .00
RESURGENT ACQUISITION LL    UNSECURED         5211.67           .00         5211.67
UNITED FEDERAL CREDIT UN    UNSECURED        NOT FILED          .00             .00
UNIVERSAL BANK NA           UNSECURED        NOT FILED          .00             .00
VERIZON WIRELESS            UNSECURED        NOT FILED          .00             .00
SMALL BUSINESS ADMINISTR    UNSECURED        NOT FILED          .00             .00
US ATTORNEYS OFFICE         NOTICE ONLY      NOT FILED          .00             .00
MELVIN J KAPLAN             DEBTOR ATTY       2,700.00                     2,700.00
TOM VAUGHN                  TRUSTEE                                        3,277.91
DEBTOR REFUND               REFUND                                           176.72

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 57,072.00

PRIORITY                                               .00
SECURED                                          21,000.00
    INTEREST                                      1,042.58
UNSECURED                                        28,874.79
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                              3,277.91
DEBTOR REFUND                                       176.72

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 15422 VIRGIE M ALFRED
```

```
                                ---------------        ---------------
TOTALS                                57,072.00              57,072.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
  Dated: 03/10/09             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```